UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILLIP R. TILLIE,

Plaintiff,

Case No. 25-cv-13596

v.

Hon. Matthew F. Leitman

THOMAS, *et al.*,

Defendants.

/

**ORDER (1) ADOPTING RECOMMENDED DISPOSITION OF REPORT AND RECOMMENDATION (ECF No. 26); AND (2) GRANTING DEFENDANTS' MOTION TO SEVER (ECF No. 23)**

Plaintiff Phillip R. Tillie is a state prisoner currently in the custody of the Michigan Department of Corrections (the "MDOC"). In this action, Tillie brings claims against nine MDOC employees alleging violations of his First and Eighth Amendment rights. (*See* Compl., ECF No. 1.) On June 8, 2026, Defendants moved to sever Tillie's First Amendment claims from his Eighth Amendment claims. (*See* Mot., ECF No. 23.) The motion was referred to the assigned Magistrate Judge. On September 17, 2026, the Magistrate Judge issued a report and recommendation in which she recommended that the Court grant Defendants' motion and sever Tillie's Eighth Amendment claims against Defendants Schantz and Carpenter (the "R&R"). (*See* R&R, ECF No. 26.) At the conclusion of the R&R, the Magistrate Judge informed the parties that if they wished to file an objection to her recommendations,

they needed to file specific objections with the Court within fourteen days. (*See id.*, PageID.77.)

Tillie has not filed any objections to the R&R. Nor has he contacted the Court to ask for additional time to file objections. The failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985). *See also Ivey v. Wilson*, 832 F.2d 950, (6th Cir. 1987) (explaining that where party fails to file "timely objections" to report and recommendation, court may accept that recommendation "without expressing any view on the merits of the magistrate's conclusions"). In addition, the failure to file objections to an R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs*., 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987).

Accordingly, because Tillie has failed to file any objections to the R&R**, IT IS HEREBY ORDERED** that the Magistrate Judge's recommendation to grant Defendants' motion to sever is **ADOPTED**. Defendants' motion is **GRANTED**, and Tillie's Eighth Amendment claims against Defendants Schantz and Carpenter are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 14, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 14, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126